# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ELDIE MONTES,

    Plaintiff,                                  Case No.: 8:19-cv-1300-SCB-AEP

v.

MIDLAND CREDIT MANAGEMENT, INC.,
and SYNCHRONY BANK

    Defendant.

_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SYNCHRONY BANK

The undersigned counsel of record for Defendant Synchrony Bank ("Synchrony") hereby discloses the following:

**1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

    a) **Plaintiff, Eldie Montes;**

    b) **Counsel for Plaintiff:**

        i.   Law Office of Michael A. Ziegler, P.L.;
        ii.  Michael A. Ziegler, Esq.;
        iii. Kaelyn Steinkraus, Esq.

    c) **Defendant Synchrony Bank;**

  **d) Counsel for Defendant Synchrony Bank;**

   i. Brandon T. White, Esq.;
   ii. Raymond Hora, Esq.;
   iii. Marian G. Kennady, Esq.
   iv. Reed Smith, LLP.

  Synchrony Bank is a wholly-owned subsidiary of Synchrony Financial. Synchrony Financial is a publicly traded company of which no entity or shareholder owns ten percent or more of its publicly traded shares. Synchrony Financial also has no parent corporation and no publicly held affiliates.

**2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

  None.

**3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

  None.

**4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

  Other than the parties to this lawsuit, Synchrony is unaware of any alleged victims.

  I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: July 17, 2019.	Respectfully submitted,

                By: /s/ *Brandon T. White*
                BRANDON T. WHITE, ESQ.
                Florida Bar No. 106792
                Email: bwhite@reedsmith.com
                RAYMOND HORA, ESQ.
                Florida Bar No.: 379580
                Email: rhora@reedsmith.com
                MARIAN G. KENNADY
                Florida Bar No. 379580
                Email: mkennady@reedsmith.com
                **REED SMITH LLP**
                1001 Brickell Bay Drive, Suite 900
                Miami, FL 33131
                Telephone: (786) 747-0222
                Facsimile: (786) 747-0299
                **Attorneys for Synchrony Bank**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2019, I electronically filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will send notification of such filing to all counsel on record.

                */s/Brandon T. White*
                Brandon T. White, Esq.